# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Auld, Lawrence P. | District Court, Middle District of North Carolina | 06/18/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

L. Richardson Preyer United States Courthouse
324 West Market Street
Greensboro, NC 27401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Cash Accounts | A | Interest | M | T | | | | | |
| 2. Truliant Federal Credit Union Cash Accounts | B | Interest | N | T | | | | | |
| 3. Brokerage Account #2 (H) | | | | | | | | | |
| 4. - Vanguard Tax Mgd Sml Cap Inv VTMSX | | None | | | Sold | 03/24/20 | J | | |
| 5. - CBRE Clarion Global Real Estate IGR | A | Dividend | | | Sold (part) | 03/25/20 | J | | |
| 6. | | | | | Sold | 06/23/20 | J | | |
| 7. - Am Funds New World Fd Inc NFFFX | | None | | | Sold | 03/24/20 | J | | |
| 8. - Invesco S&P 500 Revenue ETF RWL | A | Dividend | | | Sold | 03/25/20 | K | | |
| 9. - SPDR S&P 500 SPY | A | Dividend | | | Sold | 03/25/20 | J | | |
| 10. - Vanguard FTSE Dev Mrkt VEA | A | Dividend | | | Sold | 03/25/20 | K | | |
| 11. - Vanguard High Div Yield ETF VYM | A | Dividend | | | Sold | 03/25/20 | J | | |
| 12. - Vanguard Real Estate ETF VNQ | A | Dividend | | | Sold | 03/25/20 | J | | |
| 13. - Vanguard Small Cap ETF VB | A | Dividend | | | Sold | 03/25/20 | J | | |
| 14. - Vanguard Mid-Cap ETF VO | A | Dividend | | | Sold | 03/25/20 | J | | |
| 15. - Vanguard FTSE Emerge Mrkts ETF VWO | A | Dividend | | | Sold | 03/25/20 | J | | |
| 16. - UBS Tax Free Pref Fund SFPXX | A | Dividend | | | Buy | 04/06/20 | M | | |
| 17. | | | | | Sold | 07/07/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Invesco Opp St Term Mun ORSYX | A | Dividend | K | T | Buy | 07/08/20 | K | | |
| 19.   - MFS Mun Ltd Mat Fund MTLIX | A | Dividend | K | T | Buy | 07/08/20 | K | | |
| 20.   - Nuveen Ltd Term Mun Bond FLTRX | A | Dividend | K | T | Buy | 07/08/20 | K | | |
| 21.   - TRP Tax Free St Inter Fund PRFSX | A | Dividend | K | T | Buy | 07/08/20 | K | | |
| 22.   - UBS Bank USA Cash Account | A | Interest | K | T | | | | | |
| 23.   IRA #1 (H) | | | | | | | | | |
| 24.   - Ishares MSCI EAFE ETF EFA | | None | | | Sold | 03/25/20 | K | | |
| 25.   - Ishares Core S&P Small Cap IJR | | None | | | Sold | 03/25/20 | J | | |
| 26.   - Ishares Russell Mid-Cap Value IWS | | None | | | Sold | 03/25/20 | J | | |
| 27.   - Ishares Russell Mid-Cap Growth IWP | | None | | | Sold | 03/25/20 | J | | |
| 28.   - Ishares MSCI China ETF MCHI | | None | | | Sold | 03/25/20 | J | | |
| 29.   - Ishares Core MSCI EAFE IEFA | | None | | | Sold | 03/25/20 | K | | |
| 30.   - Ishares Core MSCI Emerg Mrkts IEMG | | None | | | Sold | 03/25/20 | J | | |
| 31.   - Vanguard Value ETF VTV | | None | | | Sold | 03/25/20 | K | | |
| 32. | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 33.   - Vanguard Mid-Cap ETF VO | A | Dividend | | | Sold | 03/25/20 | J | | |
| 34. | A | Dividend | J | T | Buy | 12/02/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  - Vanguard Growth ETF VUG | | None | | | Sold | 03/25/20 | K | | |
| 36. | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 37.  - Ishares MSCI Japan ETF EWJ | | None | | | Sold | 02/26/20 | J | | |
| 38.  - Cnsmr Discr Select Sector SPDR XLY | A | Dividend | | | Sold | 03/25/20 | J | | |
| 39.  - Comm Srvcs Select Sector Spdr XLC | A | Dividend | | | Sold | 03/25/20 | J | | |
| 40.  - Ishares MSCI Brazil ETF EWZ | A | Dividend | | | Sold | 03/25/20 | J | | |
| 41.  - UBS Select Treas Institute Fund SETXX | A | Dividend | | | Buy | 04/06/20 | M | | |
| 42. | | | | | Sold | 04/15/20 | M | | |
| 43.  - Ishares 1-3 Yr Treas Bond SHY | A | Dividend | | | Buy | 04/22/20 | L | | |
| 44. | | | | | Sold | 07/08/20 | L | | |
| 45.  - Spdr Ser Tr Bloom Barc 1-3 Mo T Bill BIL | A | Dividend | | | Buy | 04/22/20 | L | | |
| 46. | | | | | Sold (part) | 07/08/20 | L | | |
| 47. | | | | | Sold (part) | 10/28/20 | J | | |
| 48. | | | | | Sold | 12/02/20 | J | | |
| 49.  - Western Asset St Income Fund SBAYX | A | Dividend | J | T | Buy | 07/07/20 | K | | |
| 50. | | | | | Sold (part) | 12/01/20 | K | | |
| 51.  - Putnam St Dur Income Fund PSDYX | A | Dividend | J | T | Buy | 07/07/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 12/01/20 | K | | |
| 53. - Lord Abbott St Bond Fund LUBFX | A | Dividend | J | T | Buy | 07/07/20 | K | | |
| 54. | | | | | Sold<br>(part) | 12/01/20 | K | | |
| 55. - Virtus SEIX St Bond Fund SISSX | A | Dividend | J | T | Buy | 07/07/20 | K | | |
| 56. | | | | | Sold<br>(part) | 12/01/20 | K | | |
| 57. -Vanguard Small Cap ETF VB | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 58. -Vanguard Real Estate ETF VNQ | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 59. -Vanguard FTSE Emerg Mkts ETF VWO | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 60. -Vanguard FTSE Dev Mrkts ETF VEA | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 61. - UBS Bank USA Cash Account | A | Interest | J | T | | | | | |
| 62. 401k #1 (H) | | | | | | | | | |
| 63. - ABA Retirement Funds: Large-Cap Index Equity Fund | A | Int./Div. | N | T | | | | | |
| 64. - ABA Retirement Funds: International Index Equity Fund | A | Int./Div. | M | T | | | | | |
| 65. - ABA Retirement Funds: Real Asset Return Fund | A | Int./Div. | K | T | | | | | |
| 66. - ABA Small Mid Cap Idx Equity Fund | A | Int./Div. | M | T | | | | | |
| 67. VCSP College America 529 Plan (H) | | | | | | | | | |
| 68. - American Funds Amcap Fund - 529 fd cl A CAFAX | A | Dividend | J | T | Sold<br>(part) | 07/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | - American Funds EuroPacific Growth Fund 529A CEUAX | | None | | | Sold | 07/13/20 | J | | |
| 70. | - American Funds The Growth Fund of America - 529A CGFAX | A | Dividend | K | T | Buy (add'l) | 07/13/20 | J | | |
| 71. | - American Funds SMALLCAP World Fund 529A CSPAX | A | Dividend | K | T | Buy (add'l) | 07/13/20 | J | | |
| 72. | - American Funds Captial World Growth and Income - 529A CWIAX | A | Dividend | J | T | Sold (part) | 07/13/20 | K | | |
| 73. | - American Funds Washington Muutal Investors Fund - 529A CWMAX | A | Dividend | K | T | Buy (add'l) | 07/13/20 | J | | |
| 74. | - American Funds Capital Income Builder - 529A CIRAX | A | Dividend | J | T | Sold (part) | 07/13/20 | J | | |
| 75. | - American Funds New World Fund 529A CNWAX | A | Dividend | J | T | Sold (part) | 07/13/20 | J | | |
| 76. | - American Funds Capital World Bond Fund 529A CCWAX | A | Dividend | | | Sold | 07/13/20 | J | | |
| 77. | - American High Income Trust 529A CITAX | A | Dividend | J | T | Buy (add'l) | 07/13/20 | J | | |
| 78. | - American Funds Bond Fund of America 529A CFAAX | A | Dividend | K | T | Buy (add'l) | 07/13/20 | K | | |
| 79. | - American Funds Multi Sector Income Fund CMBKX | A | Dividend | K | T | Buy | 07/13/20 | K | | |
| 80. | - American Funds Bond Fund America CFAFX | A | Dividend | | | Buy | 07/15/20 | J | | |
| 81. | | | | | | Sold | 10/30/20 | J | | |
| 82. | - American Funds Cap World Growth Income CWIFX | A | Dividend | | | Buy | 07/15/20 | J | | |
| 83. | | | | | | Sold | 10/30/20 | J | | |
| 84. | - American Funds Growth Fund America CGFFX | | None | | | Buy | 07/15/20 | J | | |
| 85. | | | | | | Sold | 10/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - American Funds Small Cap World Fund CSPFX | | None | | | Buy | 07/15/20 | J | | |
| 87. | | | | | Sold | 10/30/20 | J | | |
| 88.   - American Funds Wash Mutual Invstr Fund CWMFX | A | Dividend | | | Buy | 07/15/20 | J | | |
| 89. | | | | | Sold | 10/30/20 | J | | |
| 90.   - American Funds Bond Fund of America 529F2 FFBOX | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 91.   - American Funds Cap World Growth Income FCWGX | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 92.   - American Funds Growth Fund America FAFGX | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 93.   - American Funds Small Cap World Fund 529F2 FSWFX | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 94.   - American Funds Wash Mutual Investors Fund 529F2 FWMMX | A | Dividend | J | T | Buy | 10/30/20 | J | | |
| 95.   Brokerage Account #4 (H) | | | | | | | | | |
| 96.   - Ishares Core S&P Small Cap ETF IJR | | None | | | Sold | 03/25/20 | J | | |
| 97.   - Ishares Natl Muni Bond ETF MUB | C | Dividend | M | T | Sold (part) | 04/28/20 | J | | |
| 98. | | | | | Buy (add'l) | 07/13/20 | L | | |
| 99.   - Ishares JPM USD Emrg Mrkts ETF EMB | A | Dividend | K | T | Sold (part) | 04/28/20 | J | | |
| 100. | | | | | Buy (add'l) | 07/13/20 | K | | |
| 101.   - Ishares S/T Natl Muni Bond ETF SUB | A | Dividend | L | T | Sold (part) | 04/28/20 | J | | |
| 102. | | | | | Buy (add'l) | 07/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - Invesco Natl Amt-Free Muni Bond PZA | B | Dividend | M | T | Sold<br>(part) | 04/28/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 07/13/20 | L | | |
| 105.  - Pimco Enh Shrt Mat Actv Exch Trd FD MINT | A | Dividend | | | Sold | 04/28/20 | K | | |
| 106.  - SPDR Ser Tr Blmbrg Brcly 1-3 Mo Trsry BIL | A | Dividend | K | T | Buy<br>(add'l) | 04/28/20 | K | | |
| 107. | | | | | Sold<br>(part) | 07/13/20 | J | | |
| 108.  - Vanguard Value ETF VTV | | None | | | Sold | 03/25/20 | K | | |
| 109.  - Vanguard Mid-Cap ETF VO | A | Dividend | | | Sold | 03/25/20 | K | | |
| 110.  - Vanguard Growth ETF VUG | | None | | | Sold | 03/25/20 | L | | |
| 111.  - Vnk Vctrs JPM EM Local Curr Bond EMLC | A | Dividend | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 112. | | | | | Sold | 07/13/20 | J | | |
| 113.  - Ishares Broad USD Hi Yld Bond USHY | A | Dividend | K | T | Buy<br>(add'l) | 04/28/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 115.  - Ishares MSCI EAFE ETF EFA | | None | | | Sold | 03/25/20 | L | | |
| 116.  -Ishares MSCI Emerg Mrkts ETF EEM | | None | | | Sold | 03/25/20 | K | | |
| 117.  - Schwab US TIPS ETF SCHP | | None | | | Sold<br>(part) | 04/28/20 | J | | |
| 118. | | | | | Sold | 07/13/20 | J | | |
| 119.  -UBS Tax Free Pref Fund SFPXX | A | Dividend | | | Buy | 04/06/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 07/07/20 | M | | |
| 121. -Ishares Brd USD Invt Corp Bond USIG | A | Dividend | K | T | Buy | 04/28/20 | J | | |
| 122. | | | | | Buy (add'l) | 07/13/20 | K | | |
| 123. -Vanguard Inter Term Treas ETF VGIT | A | Dividend | K | T | Buy | 07/13/20 | K | | |
| 124. -Vanguard St Term Treas ETF VGSH | A | Dividend | K | T | Buy | 07/13/20 | K | | |
| 125. -Vanguard St Term SEC Indx Fund ETF VTIP | A | Dividend | K | T | Buy | 07/13/20 | K | | |
| 126. - UBS Bank USA Cash Account | A | Interest | J | T | | | | | |
| 127. Brokerage Account #5 (H) | | | | | | | | | |
| 128. - UBS Bank USA Cash Accounts | B | Interest | M | T | | | | | |
| 129. - PIMCO St Term Fund PTSPX | A | Dividend | M | T | Buy | 11/19/20 | M | | |
| 130. | | | | | Sold (part) | 12/08/20 | J | | |
| 131. Nationwide CareMatters II Fixed Premium Universal Life Insurance (H) | | | | | | | | | |
| 132. -Cash Surrender Value | | None | K | T | Buy | 01/03/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Brokerage accounts #1 and #3 were closed on February 6, 2019. The numbering of brokerage account numbers 2, 4 and 5 was maintained for consistency with the prior year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| **Auld, Lawrence P.** | 06/18/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lawrence P. Auld**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544